IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HONEYMAN CIPHER SOLUTIONS LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:20-CV-403-RP |
| EVERNOTE CORPORATION, | § § § | |
| Defendant. | § § | |

## ORDER

On July 6, 2020, Plaintiff Honeyman Cipher Solutions LLC ("HCS") dismissed all claims in this case without prejudice by notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Dkt. 13). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Defendant Evernote Corporation has not served an answer or a motion for summary judgment. HCS's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on July 28, 2020.

                                  ROBERT PITMAN
                                  UNITED STATES DISTRICT JUDGE